UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE                               }          CASE NO. 1:10-75238M
EAGLE CREEK FARMS, A CORPORATION    }
            DEBTOR.                 }                 (CHAPTER 12)

## MOTION TO DISMISS CASE

Comes Renee S. Williams, Chapter Standing 12 Trustee and for her motion to dismiss the above styled case states:

1.  The Trustee filed a motion to dismiss case for failure to timely file a plan, failure to file monthly operating reports and failure to file complete and accurate schedules and statement of affairs. The motion was withdrawn on condition the debtor would file a plan on or before April 22, 2011, it would be current in the filing of its monthly operating reports on or before April 29, 2011 and that the debtor would amend its schedules and statement of financial affairs to accurately reflect the value of assets and other information it is required to provide on or before April 29, 2011.

2.  The order withdrawing the trustee's motion provided that should the debtor fail to meet any of the conditions upon which the withdrawal of the motion was conditioned, the trustee would be entitled to seek an order of dismissal of the case, ex parte.

3.  The debtor has failed to meet the conditions of the previous Order in that it has failed to amend its schedules and statement of financial affairs to accurately reflect the value of assets and other information it is required to provide on or before April 29, 2011

WHEREFORE, your petitioner prays for an Order dismissing this Chapter 12 case, ex parte, and for all other just and proper relief.

/s/ Renee S. Williams

Renee S. Williams
CHAPTER 12 STANDING TRUSTEE
125 Roberts Ridge Terrace
Hot Springs, Arkansas 71901-7286
(501) 624-4330
Arkansas Bar Number 83-182

**CERTIFICATE OF SERVICE**

     I, RENEE S. WILLIAMS, do hereby certify this June 7, 2011 I have duly served a copy of the above and foregoing by ECF to matt@southarklegal.com, and by placing a copy of same in the U. S. Mail, postage prepaid, addressed to:

F Mattison Thomas, III
103 E Main, Suite D
El Dorado, AR 71730

                                                  /s/ Renee S. Williams_____
                                                  Renee S. Williams